BENJAMIN B. WAGNER
United States Attorney
for the Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

MICHAEL J. ROESSNER
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 310, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 305-3227
Facsimile:  (202) 514-9477
E-mail: Michael.J.Roessner@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILMA SHORE, THE WILMA V. SHORE ) <br> FAMILY TRUST, MID VALLEY SERVICES, ) <br> INC., A & N DIESEL, CARRCORR, GEN III, ) <br> RAMON HERNANDEZ, INTERNATIONAL WEB ) <br> COATING, LeTOURNEAU, LYRO, MOUNTAIN ) <br> FIRE CREW, NORTHERN CA VETERANS ) <br> MUSEUM, PRECISION AUTO BODY, ) <br> REDDING PRINTING, SALVATION ARMY, ) <br> SHHIP, and STEEL TRUSS AND SUPPLY. ) <br> ) <br> Defendants. ) <br> ) | No.  11-CV-1038-AWI-SMS <br><br> ORDER DISMISSING MID VALLEY SERVICES, INC. |

-1-

**ORDER FOR DISMISSAL OF MID VALLEY SERVICES, INC.**

Plaintiff has filed a proposed order to dismiss Mid Valley Services, Inc. From this action. At this time, no party other party has made an appearance in this action. Pursuant to Rule 41(a)(1), Mid Valley Services, Inc., only, is dismissed from this action with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

IT IS SO ORDERED.

Dated:   November 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE