1  BENJAMIN B. WAGNER
   United States Attorney
2  for the Eastern District of California
   501 I Street, Suite 10-100
3  Sacramento, California 95814

4  MICHAEL J. ROESSNER
   Trial Attorney, Tax Division
5  United States Department of Justice
   P.O. Box 310, Ben Franklin Station
6  Washington, DC  20044-0683
   Telephone: (202) 305-3227
7  Facsimile:  (202) 514-9477
   E-mail: Michael.J.Roessner@usdoj.gov
8
   Attorneys for the United States
9

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,            )
                                         )
13              Plaintiff,               )
                                         )
14       v.                              )
                                         )   No.  11-CV-1038-AWI-SMS
15  WILMA SHORE, THE WILMA V. SHORE      )
    FAMILY TRUST, MID VALLEY SERVICES,   )
16  INC., A & N DIESEL, CARRCORR, GEN III,)  **ORDER**
    RAMON HERNANDEZ, INTERNATIONAL WEB)
17  COATING, LeTOURNEAU, LYRO, MOUNTAIN  )
    FIRE CREW, NORTHERN CA VETERANS      )
18  MUSEUM, PRECISION AUTO BODY,         )
    REDDING PRINTING, SALVATION ARMY,    )
19  SHHIP, and STEEL TRUSS AND SUPPLY.   )
                                         )
20              Defendants.              )
                                         )
21
         The United States has requested an Order dismissing Ramon Hernandez, Precision Auto, and

22  GEN III pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Upon review of the notice of

23  dismissal, review of the entire record in this case, and for good cause having been shown, IT IS HEREBY

24  ORDERED THAT:

25

26  7799570.1

27

28

**<u>ORDER</u>**

The United States' claims against defendants Ramon Hernandez, Precision Auto, and GEN III are dismissed.

IT IS SO ORDERED.

Dated:     December 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE

7799570.1