BENJAMIN B. WAGNER
United States Attorney
for the Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

MICHAEL J. ROESSNER
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 310, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 305-3227
Facsimile:  (202) 514-9477
E-mail: Michael.J.Roessner@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILMA SHORE, THE WILMA V. SHORE FAMILY TRUST, MID VALLEY SERVICES, INC., A & N DIESEL, CARRCORR, GEN III, RAMON HERNANDEZ, INTERNATIONAL WEB COATING, LeTOURNEAU, LYRO, MOUNTAIN FIRE CREW, NORTHERN CA VETERANS MUSEUM, PRECISION AUTO BODY, REDDING PRINTING, SALVATION ARMY, SHHIP, and STEEL TRUSS AND SUPPLY.<br><br>    Defendants. | No.  11-CV-1038-AWI-SMS<br><br>**ORDER** |

The United States has requested an Order dismissing Ramon Hernandez, Precision Auto, and GEN III pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Upon review of the notice of dismissal, review of the entire record in this case, and for good cause having been shown, IT IS HEREBY ORDERED THAT:

7799570.1

**ORDER**

The United States' claims against defendants Ramon Hernandez, Precision Auto, and GEN III are dismissed.

IT IS SO ORDERED.

Dated:    December 16, 2011

                                                                    _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

7799570.1