UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>WILMA SHORE, et al.,<br><br>                    Defendants. | CASE NO. 1:11-cv-1038-AWI-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THE GRANT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>(Docs. 39, 44) |

   Plaintiff United States of America ("Government") moved for entry of Default Judgment against Defendants Wilma V. Shore Family Trust, A & N Diesel, Lyro, and Steel Truss and Supply (collectively, the "Defendants"), ordering that the Defendants cannot object to the foreclosure, that the foreclosure will be free and clear of the Defendants' interests, and that the Defendants will receive no distribution from the proceeds of any foreclosure sale.  This matter was referred to United States Magistrate Judge Sandra M. Snyder pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

   In Findings and Recommendations filed February 28, 2012, the Magistrate Judge recommended that the Government's motion be granted.  Although the Findings and Recommendations provided thirty days for the filing of objections, no party has objected.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, the Court hereby ORDERS that:

1. The Findings and Recommendations, filed February 28, 2012, are adopted in full;
2. The Government's motion for the entry of default judgment against Defendants Wilma V. Shore Family Trust, A & N Diesel, Lyro, and Steel Truss and Supply is granted;
3. Defendants Wilma V. Shore Family Trust, A & N Diesel, Lyro, and Steel Truss and Supply is precluded from objecting to any foreclosure of the subject property in this case;
4. The foreclosure of the subject property shall be free and clear of any interest of Defendants Wilma V. Shore Family Trust, A & N Diesel, Lyro, and Steel Truss and Supply;
5. Defendants Wilma V. Shore Family Trust, A & N Diesel, Lyro, and Steel Truss and Supply are hereby denied any distribution from the proceeds of any sale of the subject property.

IT IS SO ORDERED.

Dated:   April 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE