UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILMA SHORE, THE WILMA V. SHORE FAMILY TRUST, MID VALLEY SERVICES, INC., A & N DIESEL, CARRCORR, GEN III, RAMON HERNANDEZ, INTERNATIONAL WEB COATING, LeTOURNEAU, LYRO, MOUNTAIN FIRE CREW, NORTHERN CA VETERANS MUSEUM, PRECISION AUTO BODY, REDDING PRINTING, SALVATION ARMY, SHHIP, and STEEL TRUSS AND SUPPLY.<br><br>    Defendants. | No. 11-CV-1038-AWI-SMS<br><br>ORDER CONFIRMING SALE |

Plaintiff United States of America has requested an Order confirming the sale of two parcels of real property located at 3705-3777 Meadow View Drive, Redding, California 96002 in Shasta County, California ("the Property").

IT IS THEREFORE ORDERED THAT the sale of the Property, which is more fully described as:

<u>Parcel One:</u>

All that portion of the Northerly 675.00 feet of the West one-half of the Northeast quarter of the Southeast quarter of Section 34, Township 31 North, Range 4 West, M.D.M., lying Northeasterly of the Northeasterly right of way line of the County Road as described in the Deed from Thaddeus I. Stevenson to County of Shasta, dated May 27, 1958 and recorded June 18, 1958 in Book 569, of Official Record at page 37.

1 | Together with an easement for road purposes to be used in common with the Grantors, their heirs and assigns over the Westerly 40.00 feet of the West one-half of the Northeast one-quarter of the Southeast one-quarter of Section 34, Township 32 North, Ranch 4 West M.D.M, lying Northerly of the County Road described in the deed to the County of Shasta recorded June 18, 1958 in Book 569 of Official Records at page 37, Shasta County Records, and Southerly of the South line of the North 675.00 feet of said West one-half.

Assessor's Parcel Number 056-590-010

Parcel Two:

The East one-half of the Northwest one-quarter of the Southeast one-quarter of Section 34, Township 31 North, Ranch 4 West, Mount Diablo and Meridian.

Excepting therefrom, Parcel 1 as described in the Deed to the County of Shasta, recorded July 28, 1958 in Book 572, Page 547, Official Records.

Assessor's Parcel Number 056-590-08

to Redding Business Park LLC for the sum of $1,460,000.00 is HEREBY CONFIRMED.  The IRS shall issue a deed for the Property to Redding Business Park LLC forthwith.

IT IS SO ORDERED.

Dated: 8/30/2013                                    /s/ SANDRA M. SNYDER
                                                    UNITED STATES MAGISTRATE JUDGE