UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 11-CV-1038-AWI-SMS |
| v. | ) | |
| | ) | |
| WILMA SHORE, THE WILMA V. SHORE | ) | ORDER DIRECTING |
| FAMILY TRUST, MID VALLEY SERVICES, | ) | DISTRIBUTION OF |
| INC., A & N DIESEL, CARRCORR, GEN III, | ) | SALE PROCEEDS |
| RAMON HERNANDEZ, INTERNATIONAL | ) | |
| WEB COATING, LeTOURNEAU, LYRO, | ) | |
| MOUNTAIN FIRE CREW, NORTHERN CA | ) | |
| VETERANS MUSEUM, PRECISION AUTO | ) | |
| BODY, REDDING PRINTING, SALVATION | ) | |
| ARMY, SHHIP, and STEEL TRUSS AND | ) | |
| SUPPLY, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff United States has moved for an order directing the Clerk of the Court to distribute funds deposited into the Court's registry in connection with the sale of parcels of real property located at 3705-3777 Meadow View Drive, Redding, California 96002 in Shasta County, California ("the Property").

Upon the United States' motion, and for good cause shown, IT IS HEREBY ORDERED THAT the proceeds of the sale of the Property shall be distributed as follows:

(1) $1,920.40 to the Internal Revenue Service (payable to the United States Treasury) for reimbursement of the expenses of the sale of the Property, mailed to:

> Hallie Lipscomb
> Property Appraisal and Liquidation Specialist
> Internal Revenue Service, SA-5209
> 4330 Watt Ave
> Sacramento, CA  95821

(2) $28,437.92 if paid by November 30, 2013, or $28,800.00 if paid after November 30, 2013, to the Shasta County Treasurer (payable to Lori J. Scott, Treasurer/Tax Collector) for real estate taxes, mailed to:

> Lori J. Scott
> Treasurer/Tax Collector
> P.O. Box 991830
> Redding, CA  96099-1830

(3) $749,366.65, plus $252.78 per day after November 30, 2013, to Mid Valley Services, Inc. for its mortgage, mailed to:

> Trina L. Root, Esq.
> Law Office of Trina L. Root
> 7644 North Palm Avenue
> Fresno, CA  93711

(4) the remaining proceeds, including any interest, to the United States (payable to the U.S. Department of Justice) for application towards Wilma Shore's tax judgment in *Wilma Shore v. Kevin M. Brown, et al.*, No. 1:07-cv-01160-OWW-SMS (E.D.Cal.), mailed to:

> William E. Thompson
> Tax FLU, Office of Review
> P.O. Box 310
> Ben Franklin Station
> Washington, D.C.  20044-0310.

IT IS SO ORDERED.

Dated: 11/21/2013                    /s/ SANDRA M. SNYDER
                                     UNITED STATES MAGISTRATE JUDGE