**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILMA SHORE, et al.,<br><br>  Defendants. | Case No. 1:11-cv-01038-AWI-SMS<br><br>ORDER DIRECTING<br>CLERK OF COURT<br>TO CLOSE CASE |

In this civil action, filed June 22, 2011, Plaintiff United States of America (the "Government") sought to foreclose federal tax liens and a federal judgment lien against certain commercial property owned by Defendant Wilma Shore and located in Shasta County, California, and to sell the property pursuant to 28 U.S.C. § 3201(f)(1).  After the Court entered a default judgment against Defendants on April 4, 2012, the Court ordered the foreclosure and judicial sale of the property.  After the Government sold the property, the Court entered orders confirming the sale and disbursing the proceeds.

The property having been sold and the proceeds disbursed, nothing further must be done to resolve this matter.  Accordingly, the Court hereby ORDERS the Clerk of Court to close the above-entitled case.

IT IS SO ORDERED.

Dated:   **May 21, 2014**                    **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE

1